IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERARDO FRAUSTO-GUTIERREZ, ) | |
| ) | Case No. 16-cv-08949 |
| Plaintiff, ) | |
| ) | Honorable John Robert Blakey, |
| v. ) | Judge Presiding |
| ) | |
| LITTLE POPS PIZZERIA, INC., an Illinois ) | |
| corporation, d/b/a LITTLE POPS PIZZERIA, ) | Magistrate Sidney I. Schenkier |
| and MICHAEL J. NELSON, an individual, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL
## PURSUANT TO STIPULATED SETTLEMENT

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises that the parties are in agreement as to the settlement of all facts and issues in connection with this matter:

IT IS HEREBY ORDERED as follows: That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs.

For the Plaintiff,                                    For the Defendants,

/s/ Timothy M. Nolan                           /s/ Caroline D. Pratt

Dated…………………………………, 2016

ENTER_____